**COM.**

v.

**WRIGHT, T.**

**3106 EDA 2015**

Superior Court of Pennsylvania.

08/04/2017

CP–51–CR–0011742–2008

(Philadelphia)

Affirmed

**INTERNATIONAL MANAGEMENT CONSULTANTS**

v.

**SEA-Z**

**704 EDA 2016**

Superior Court of Pennsylvania.

08/04/2017

Reargument Denied 10/23/2017

No. 2011–24556

(Montgomery)

Affirmed/Reversed/Remanded

**IN the INTEREST OF:**
**M.B.H., a Minor**

**2558 EDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–51–AP–0000574–2016 (Philadelphia)

Affirmed

**COM.**

v.

**KRUPP, D.**

**2892 EDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–46–CR–0000407–2015

(Montgomery)

Affirmed

**ABRAMSON, M.**

v.

**NOVITSKY, M.**

**2933 EDA 2016**

Superior Court of Pennsylvania.

08/04/2017

No. 2010–05796

(Montgomery)

Reversed/Remanded